Nicholas M. Wajda
Wajda Law Group, APC
11400 West Olympic Boulevard, Suite 200M
Los Angeles, California 90064

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BEVERLY J. BAKER | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:18-cv-10071 |
| v. | |
| BANK OF THE WEST | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Volheim, Nathan C.
*Applicant's Name (Last Name, First Name & Middle Initial)*
(630) 575-8181            (630) 575-8188
*Telephone Number         Fax Number*
nvolheim@sulaimanlaw.com
*E-Mail Address*

of

Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

BEVERLY J. BAKER

*Name(s) of Party(ies) Represent*       ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Wajda, Nicholas M.
*Designee's Name (Last Name, First Name & Middle Initial)*
259178            (310) 997-0471            (866) 286-8433
*Designee's Cal. Bar No.   Telephone Number      Fax Number*
nick@wajdalawgroup.com
*E-Mail Address*

of

Wajda Law Group, APC
11400 West Olympic Boulevard Avenue, Suite 200M
Los Angeles, CA 90064
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application:
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated: Click here to enter a date.

                                               **U.S. District Judge/U.S. Magistrate Judge**