1  NATHAN C. VOLHEIM
   nvolheim@sulaimanlaw.com
2  SULAIMAN LAW GROUP, LTD.
   2500 South Highland Avenue, Suite 200
3  Lombard, IL 60148
4  Telephone: (630) 575-8181
   Facsimile: (630) 575-8188
5  *Attorney for Plaintiff*

6

7              UNITED STATES DISTRICT COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9

10  BEVERLY J. BAKER,              | Case No. 2:18-cv-10771-PJW

11           Plaintiff,             | **NOTICE OF SETTLEMENT**

12      v.

13  BANK OF WEST,

14           Defendant.

15

16

17                    **NOTICE OF SETTLMENT**

18

19      PLEASE TAKE NOTICE  BEVERLY J. BAKER ("Plaintiff"), hereby notifies the Court

20  that the Plaintiff and Defendant, have settled all claims between them in this matter and are in the

21  process of completing the final closing documents and filing the dismissal. The Parties anticipate

22  this process to take no more than 60 days and request that the Court retain jurisdiction for any

23  matters related to completing and/or enforcing the settlement. The Parties propose to file a

24  stipulated dismissal with prejudice with 60 days of submission of this Notice of Settlement and

25  pray the Court to stay all proceedings until that time.

26

27  Respectfully submitted this 19th day of March 2019.

28

                                    1

                    s/ Nathan C. Volheim
Nathan C. Volheim
*Admitted Pro Hac Vice*
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181
nvolheim@sulaimanlaw.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

                    *s/ Nathan C. Volheim*
Nathan C. Volheim