1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NATHAN C. VOLHEIM
nvolheim@sulaimanlaw.com
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY J. BAKER,<br><br>    Plaintiff,<br><br>  v.<br><br>BANK OF THE WEST,<br><br>    Defendant. | Case No. 2:18-cv-10771-PJW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, BEVERLY J. BAKER, ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., and, in support of her Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, BANK OF THE WEST, with prejudice. Each party shall bear its own costs and attorney fees

Respectfully submitted this 8th day of April 2019.

           s/ Nathan C. Volheim

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Nathan C. Volheim
*Admitted Pro Hac Vice*
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181
nvolheim@sulaimanlaw.com
*Attorney for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

<u>*s/ Nathan C. Volheim*</u>
Nathan C. Volheim

2